UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TRUCK COUNTRY OF GEORGIA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-mc-33 |
| | ) | (Varlan/Shirley) |
| MATTHEW CHRISTOPHER REEDER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 2] of the Honorable Thomas A. Varlan, United States District Judge, for disposition of Knoxville Truck Sales' Motion to Quash Subpoena [Doc. 1].

Counsel for Knoxville Truck Sales has advised the Court that this discovery dispute has been resolved. Accordingly, Knoxville Truck Sales' Motion to Quash Subpoena [Doc. 1] is hereby **DENIED AS MOOT.**

**IT IS SO ORDERED.**

**ENTER:**

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge